**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DAWKINS, et al                                    *

   Plaintiffs                                    *  Case No.:  1:93-cv-03075

v.                                                *

AC&S, INC., et al                                 *

   Defendants                                   *

      *    *    *    *    *    *    *    *    *    *    *

**ORDER WITHDRAWING THE APPEARANCE ON BEHALF OF IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

     1.      Whiteford, Taylor & Preston, L.L.P. (Whiteford, Taylor & Preston), and

its respective attorneys, and Louis G. Close, Jr., have recited adequate reasons to strike

their appearance, and complied with Local Rule 101 in moving to strike their appearance;

and,

     2.      Whiteford, Taylor & Preston and Louis G. Close, Jr., has given adequate

notice of its motion, including to the defendant ACandS, Inc.

     THEREFORE, it is hereby ordered this ___ day of _____, 2006, that the

motion is granted and the appearances of B. Ford Davis, Gardner M. Duvall, Whiteford,

Taylor & Preston L.L.P. any Louis G. Close, Jr., are hereby stricken.

                                    _____

                                    District Judge